FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 25 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | *Talisha* First name — *Bona* Middle name — *Finch* Last name — Suffix (Sr., Jr., II, III) | First name — Middle name — Last name — Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First name — Middle name — Last name — First name — Middle name — Last name | First name — Middle name — Last name — First name — Middle name — Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – *8 5 4 6* OR 9 xx – xx – ____ | xxx – xx – ____ OR 9 xx – xx – ____ |

Debtor 1    _Talisha Bona Finch_
            First Name    Middle Name    Last Name

Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

14309 Wallace
Number    Street

_____

Harvey                    IL    60426
City                      State   ZIP Code

Cook
County

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____
City                      State   ZIP Code

_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                      State   ZIP Code

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                      State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1 _Talisha Bona Finch_
   First Name   Middle Name   Last Name

Case number (if known)_____

---

**Part 2:**  **Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☑ Chapter 7

❏ Chapter 11

❏ Chapter 12

❏ Chapter 13

---

**8. How you will pay the fee**

❏ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❏ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

❏ Yes.  District _____  When _____  Case number _____
                            MM / DD / YYYY

        District _____  When _____  Case number _____
                            MM / DD / YYYY

        District _____  When _____  Case number _____
                            MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❏ Yes.  Debtor _____  Relationship to you _____
        District _____  When _____  Case number, if known _____
                            MM / DD / YYYY

        Debtor _____  Relationship to you _____
        District _____  When _____  Case number, if known _____
                            MM / DD / YYYY

---

**11. Do you rent your residence?**

☑ No.  Go to line 12.

❏ Yes.  Has your landlord obtained an eviction judgment against you?

    ❏ No. Go to line 12.

    ❏ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    *Talisha Bona Finch*
First Name    Middle Name    Last Name

Case number *(if known)*_____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                        State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number       Street

_____

_____
City                        State       ZIP Code

Debtor 1    _Talisha Bona Finch_____    Case number (if known)_____
        First Name    Middle Name    Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 _Taisha Bona Finch_
First Name   Middle Name   Last Name

Case number (if known) _____

---

**Part 6:    Answer These Questions for Reporting Purposes**

16. **What kind of debts do you have?**

   16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☐ No. Go to line 16b.
   ☑ Yes. Go to line 17.

   16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

   ☐ No. Go to line 16c.
   ☐ Yes. Go to line 17.

   16c. State the type of debts you owe that are not consumer debts or business debts. _____

---

17. **Are you filing under Chapter 7?**

   **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

   ☐ No. I am not filing under Chapter 7. Go to line 18.

   ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

   ☑ No
   ☐ Yes

---

18. **How many creditors do you estimate that you owe?**

   ☑ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999

   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000

   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

---

19. **How much do you estimate your assets to be worth?**

   ☑ $0-$50,000
   ☐ $50,001-$100,000
   ☐ $100,001-$500,000
   ☐ $500,001-$1 million

   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million

   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

---

20. **How much do you estimate your liabilities to be?**

   ☑ $0-$50,000
   ☐ $50,001-$100,000
   ☐ $100,001-$500,000
   ☐ $500,001-$1 million

   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million

   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on _09/21/2018_
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

---

Debtor 1  _Taisha Bong Finch_
          First Name   Middle Name      Last Name

Case number (if known)_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❏ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❏ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
❏ Yes. Name of Person_____.
     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _Taisha Finch_                          ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date  _09 / 21 / 2018_                      Date  _____
      MM / DD / YYYY                             MM / DD / YYYY

Contact phone _____              Contact phone _____

Cell phone _____                 Cell phone _____

Email address _____              Email address _____

**Fill in this information to identify your case:**

Debtor 1 _Talsha_ _Bona_ _Finch_
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) |  |
|  | 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................ | $ _0_ |
|  | 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................. | $ _755.00_ |
|  | 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................... | $ _755.00_ |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) |  |
|  | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ _22,195.44_ |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) |  |
|  | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................ | $ _0_ |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................... | + $ _____ |
|  | **Your total liabilities** | $ _____ |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* .................................................................. | $ _____ |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ....................................................................... | $ _____ |

Debtor 1 _____     Case number *(if known)* _____

    First Name       Middle Name       Last Name

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts are those* "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $ _____0_____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)                $ _____0_____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)  $ _____0_____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $ _____0_____

   9d. Student loans. (Copy line 6f.)                 $ _____0_____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)  $ _____0_____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $ _____0_____

   9g. **Total.** Add lines 9a through 9f.                $ _____0_____

**Fill in this information to identify your case and this filing:**

Debtor 1 _Talsha_ _Bona_ _Finch_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City   State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____   $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City   State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____   $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1 _____
         First Name    Middle Name    Last Name

Case number (if known)_____

1.3. _____
Street address, if available, or other description

_____

_____
City            State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..............................➔ $_____

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

3.1. Make:   Nissan
     Model:  Altima
     Year:   2016
     Approximate mileage:  66,000
     Other information:
     _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$ 14,010

**Current value of the portion you own?**

$ 0

If you own or have more than one, describe here:

3.2. Make:   Nissan
     Model:  Altima
     Year:   2007
     Approximate mileage:  126,000
     Other information:
     _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$ 4,236

**Current value of the portion you own?**

$ 0

Official Form 106A/B                 Schedule A/B: Property                 page 2

Debtor 1 _____

First Name   Middle Name   Last Name

Case number (if known)_____

---

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[x] No
[ ] Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................... →   $_____O_____

---

Debtor 1   _Talisha Bona Finch_   Case number (if known) _____
           First Name   Middle Name   Last Name

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☑ No
   ☐ Yes. Describe........    $ _____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe..........    $ _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........    $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.........    $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.......    $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.........    I have everyday clothes, Jackets, and shoes    $ 400

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.........    I have everday jewelry Gold + silver    $ 200

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.........    $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............    $ _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................ →    $ 600.00

Debtor 1 _Talisha Bona Finch_

First Name   Middle Name   Last Name

Case number (if known) _____

---

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ............................................................................................................ Cash: ............... $ 60.00

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Chase | $ 55.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☑ Yes ................

| | Institution or issuer name: | |
|---|---|---|
| | | $ 50.00 |
| | | $ |
| | | $ |

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes. Give specific information about them.......................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

---

Debtor 1  _Talisha Bona Finch_
        First Name    Middle Name    Last Name                    Case number *(if known)*_____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

❏ No
☑ Yes. Give specific    Issuer name:
   information about
   them.....................    Government issued bond _____    $ _850.00_
                                _____    $ _____
                                _____    $ _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

❏ No
☑ Yes. List each    Type of account:    Institution name:
   account separately.
                    401(k) or similar plan:  _Principal_ _____    $ _8860_
                    Pension plan:  _____    $ _____
                    IRA:  _____    $ _____
                    Retirement account:  _____    $ _____
                    Keogh:  _____    $ _____
                    Additional account:  _____    $ _____
                    Additional account:  _____    $ _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

❏ No
❏ Yes .....................    Institution name or individual:
                    Electric:  _____    $ _____
                    Gas:  _____    $ _____
                    Heating oil:  _____    $ _____
                    Security deposit on rental unit:  _____    $ _____
                    Prepaid rent:  _____    $ _____
                    Telephone:  _____    $ _____
                    Water:  _____    $ _____
                    Rented furniture:  _____    $ _____
                    Other:  _____    $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

❏ No
❏ Yes .....................    Issuer name and description:
                    _____    $ _____
                    _____    $ _____
                    _____    $ _____

Debtor 1 _____   Case number *(if known)*_____
         First Name   Middle Name   Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____
_____   $_____
_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
     information about them....   [                                    ]   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
     information about them....   [                                    ]   $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
     information about them....   [                                    ]   $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
     about them, including whether
     you already filed the returns
     and the tax years. ..................   [          ]   Federal:   $_____
                                                            State:     $_____
                                                            Local:     $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information............   [          ]   Alimony:              $_____
                                                             Maintenance:          $_____
                                                             Support:              $_____
                                                             Divorce settlement:   $_____
                                                             Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information............   [          ]   $_____

Debtor 1 _____
          First Name          Middle Name          Last Name          _____ number (if known)_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
     of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............                                                                   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................                                                          $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................                                                          $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............                                                            $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................➔   $ 1,020

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe......                                                                                      $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe ......                                                                                     $_____

Debtor 1 _____    Case number (if known)_____
        First Name     Middle Name     Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe.......                 $_____

41. **Inventory**

☐ No
☐ Yes. Describe......                 $_____

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe......     Name of entity:                         % of ownership:

             _____ _____% $_____
             _____ _____% $_____
             _____ _____% $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

       ☐ No
       ☐ Yes. Describe......             $_____

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
    information .........    _____ $_____
                  _____ $_____
                  _____ $_____
                  _____ $_____
                  _____ $_____
                  _____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ..........................................................................→ $_____

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
         If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                    **Current value of the
portion you own?**
                                                    Do not deduct secured claims
or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes ....................                $_____

Debtor 1 _____    Case number *(if known)* _____
          First Name    Middle Name    Last Name

48. **Crops—either growing or harvested**
- ❏ No
- ❏ Yes. Give specific information. ..........    [                    ]    $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ❏ No
- ❏ Yes ....................    [                    ]    $ _____

50. **Farm and fishing supplies, chemicals, and feed**
- ❏ No
- ❏ Yes ....................    [                    ]    $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
- ❏ No
- ❏ Yes. Give specific information. ..........    [                    ]    $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..........................................→   $ _____

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ❏ Yes. Give specific information. ..........    [                    ]    $ _____
    $ _____
    $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................→   $ 0

---

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** .................................................................→   $ 0

56. **Part 2: Total vehicles, line 5**    $ 0

57. **Part 3: Total personal and household items, line 15**    $ 600.00

58. **Part 4: Total financial assets, line 36**    $ 165.00

59. **Part 5: Total business-related property, line 45**    $ 0

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0

61. **Part 7: Total other property not listed, line 54**    + $ 0

62. **Total personal property.** Add lines 56 through 61. ..............    $ 765.00    Copy personal property total →  + $ 765.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ..............................    $ 765.00

**Fill in this information to identify your case:**

Debtor 1 _Talisha_ _Bonu_ _Finch_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt        04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write
your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a
specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount
of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt
retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that
limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption
would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _Clothes_<br>Line from *Schedule A/B*: _11_ | $ _400.00_ | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | _735 Ill. Comp. Stat 5/12-1001_ |
| Brief description: _Jewelry_<br>Line from *Schedule A/B*: _12_ | $ _200.00_ | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | _735 Ill. Comp. Stat 5/12-1001_ |
| Brief description: _Cash_<br>Line from *Schedule A/B*: _16_ | $ _50.00_ | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | _735 Ill. Comp. Stat 5/12-803_ |

3. **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1 _____    Case number *(if known)*_____
     First Name     Middle Name     Last Name

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Deposits or M**<br>Line from *Schedule A/B*: **17** | $ **55.00** | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILL Comp. Stat. 5/12-803** |
| Brief description: **Bond account**<br>Line from *Schedule A/B*: **20** | $ **50.00** | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILL Comp. Stat. 5/12-803** |
| Brief description: **Retirement**<br>Line from *Schedule A/B*: **21** | $ **860** | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILL Comp. Stat 5/12-704** |
| Brief description: **Vehicle**<br>Line from *Schedule A/B*: **3.2** | $ **0** | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILL Comp. Stat 5/12-1001** |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1    Talisha    Bona    Finch
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** Creditor's Name: Bridgecrest

Number / Street: 7300 E Hampton

Ave #101

City: Mesa    State: AZ    ZIP Code: 85209

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 3-24-2018   Last 4 digits of account number 2 5 0 1

Describe the property that secures the claim:    $ 12,109.35   $ 14,010   $ 0

Car

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**2.2** Creditor's Name: Citizens Equity First C.U

Number / Street: 5401 Dirksen Parkway

City: Peoria    State: IL    ZIP Code: 61607

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 11-27-2015   Last 4 digits of account number 0 5 6 8

Describe the property that secures the claim:    $ 10,086.09   $ 4,236   $ 5,850.09

Car

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 22,195.44

Debtor 1 _____
          First Name     Middle Name     Last Name

Case number (if known)_____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

_____
Creditor's Name

**Describe the property that secures the claim:**

$_____   $_____   $_____

_____
Number       Street

_____

_____
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

_____
Creditor's Name

**Describe the property that secures the claim:**

$_____   $_____   $_____

_____
Number       Street

_____

_____
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

_____
Creditor's Name

**Describe the property that secures the claim:**

$_____   $_____   $_____

_____
Number       Street

_____

_____
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $_____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   $_____

Debtor 1 _____   Case number *(if known)*_____

First Name        Middle Name        Last Name

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number     Street _____

City _____ State _____ ZIP Code _____

☐
Name _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number     Street _____

City _____ State _____ ZIP Code _____

☐
Name _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number     Street _____

City _____ State _____ ZIP Code _____

☐
Name _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number     Street _____

City _____ State _____ ZIP Code _____

☐
Name _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number     Street _____

City _____ State _____ ZIP Code _____

☐
Name _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number     Street _____

City _____ State _____ ZIP Code _____

**Fill in this information to identify your case:**

Debtor 1    _Talisha_    _Bona_    _Finch_
            First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
    each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
    nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
    unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | _____  Priority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___      $_____   $_____   $_____

_____
Number        Street

When was the debt incurred?        _____

_____

_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** | _____  Priority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___      $_____   $_____   $_____

_____
Number        Street

When was the debt incurred?        _____

_____

_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 _____
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐

Priority Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____    $_____    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____    $_____    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____    $_____    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  _Talsha_  _Bono_  _Finch_
First Name   Middle Name   Last Name

Case number (if known) _____

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

Account Resolution Services
Nonpriority Creditor's Name

P.O. Box 459079
Number   Street

Sunrise          FL   33345
City          State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  2013

Total claim  $ 397

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  Medical

---

**4.2**

Ashford University
Nonpriority Creditor's Name

8620 Spectrum Center Blvd.
Number   Street

San Diego          Ca   92123
City          State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  8-2012

$ 3,000

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  School loan

---

**4.3**

Aaron's
Nonpriority Creditor's Name

1724 RT Dunn Dr.
Number   Street

Bloomington          FL
City          State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  6-2015

$ 3,000

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Rental - not in my possession

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.4**

Capital one Bank usa
Nonpriority Creditor's Name

PO Box 30285
Number        Street

Salt lake City        UT        84130
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Credit

$ 1,288

---

**4.5**

Credit one Bank
Nonpriority Creditor's Name

P.o Box 98873
Number        Street

Las Vegas        NV        89193
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Credit

$ 1,500

---

**4.6**

Dept. of Education
Nonpriority Creditor's Name

_____
Number        Street

_____
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 15,000

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.7** | Danbury Court Apartments
Nonpriority Creditor's Name
19 Basil Way
Number        Street
Bloomington        IL    61705
City                State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   2015

$ 3,500

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Judgement - living

---

**4.8** | IC Systems
Nonpriority Creditor's Name
444 Hwy 96 E
Number        Street
St. Paul        MN    55127
City                State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   2018

$ 800

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☑ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Cable

---

**4.9** | Heartland Bank
Nonpriority Creditor's Name
2231 W. Market St.
Number        Street
Bloomington        IL    61704
City                State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   2015

$ 350

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Bank fees

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.10**

**Hunter Warfield**
Nonpriority Creditor's Name

**4620 Woodland Corporate Blvd**
Number    Street

**Tampa                    Fl    33614**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $ **3,000**

**When was the debt incurred?**  **2016**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Judgement - living**

---

**4.11**

**Premier Bank**
Nonpriority Creditor's Name

**PO Box 5529**
Number    Street

**Sioux Falls        SD    57117**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $ **672**

**When was the debt incurred?**  **2016**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Credit**

---

**4.12**

**Sun loan**
Nonpriority Creditor's Name

**1500 E Empirest Ste A5**
Number    Street

**Bloomington        Il    61701**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $ **200**

**When was the debt incurred?**  **12-2015**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **loan**

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.13**

Turnberry Village
Nonpriority Creditor's Name

901 Valley View Circle
Number    Street

Bloomington        IL   61704
City              State  ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  2017

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Judgement - living

$ 4000

---

**4.14**

University of Phoenix online
Nonpriority Creditor's Name

1625 W Fountainhead Pkwy
Number    Street

Tempe        AZ   85282
City              State  ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  2016

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  School

$ 4095

---

**4.15**

Nonpriority Creditor's Name

Number    Street

City              State  ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify_____

$ _____

---

Debtor 1 _____    Case number (if known)_____
First Name        Middle Name        Last Name

<table>
<tr><td style="background:black;color:white;">Part 3:</td><td>**List Others to Be Notified About a Debt That You Already Listed**</td></tr>
</table>

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Name _____

Number    Street

_____

City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street

_____

City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street

_____

City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street

_____

City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street

_____

City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street

_____

City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street

_____

City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1 _Talisha_ _Boona_ _Find_

First Name   Middle Name   Last Name

Case number (if known)_____

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**

6a. $ 0

6b. **Taxes and certain other debts you owe the government**

6b. $ 0

6c. **Claims for death or personal injury while you were intoxicated**

6c. $ 0

6d. **Other.** Add all other priority unsecured claims. Write that amount here.

6d. + $ 0

6e. **Total.** Add lines 6a through 6d.

6e. $ 0

**Total claim**

**Total claims from Part 2**

6f. **Student loans**

6f. $ 15,000

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**

6g. $ 0

6h. **Debts to pension or profit-sharing plans, and other similar debts**

6h. $ 0

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.

6i. + $ 25,802

6j. **Total.** Add lines 6f through 6i.

6j. $ 40,802

**Fill in this information to identify your case:**

Debtor _Talsha_ _Bana_ _Finch_
First Name        Middle Name        Last Name

Debtor 2 _____ _____ _____
(Spouse if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Bridgecrest<br>Name<br>7300 E Hampton Ave #101<br>Number   Street<br>Mesa    AZ    85209<br>City    State    ZIP Code | Car |
| 2.2 Citizens Equity First Credit Union<br>Name<br>5401 Dirken Parkway<br>Number   Street<br>Peoria    IL    61607<br>City    State    ZIP Code | Car |
| 2.3 Tmobile<br>Name<br>12920 Se 38th St<br>Number   Street<br>Bellevue    Wa    98006<br>City    State    ZIP Code | Cell Phone + watch |
| 2.4 _____<br>Name<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | |
| 2.5 _____<br>Name<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | |

Debtor 1 _____
First Name        Middle Name        Last Name

Case number (if known)_____

███████ **Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**

**What the contract or lease is for**

2.2
Name _____

Number      Street

City                    State    ZIP Code

2._
Name _____

Number      Street

City                    State    ZIP Code

2._
Name _____

Number      Street

City                    State    ZIP Code

2._
Name _____

Number      Street

City                    State    ZIP Code

2._
Name _____

Number      Street

City                    State    ZIP Code

2._
Name _____

Number      Street

City                    State    ZIP Code

2._
Name _____

Number      Street

City                    State    ZIP Code

2._
Name _____

Number      Street

City                    State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1 _Talisha_ _Bona_ _Finch_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                    State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

**3.1**
_____
Name

_____
Number      Street

_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**
_____
Name

_____
Number      Street

_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**
_____
Name

_____
Number      Street

_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1 _____    Case number (if known)_____
          First Name     Middle Name     Last Name

## Additional Page to List More Codebtors

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__  _____
      Name

      _____
      Number      Street

      _____
      City                    State              ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1 _*Talisia*_ _*Bono*_ _*Finch*_
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number   Street | _____<br>Number   Street |
|  | _____ | _____ |
|  | _____<br>City      State   ZIP Code | _____<br>City      State   ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ _0_ | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ _O_ | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ _0_ | $ _____ |

Debtor 1 _Talishe Bona Finch_
First Name   Middle Name   Last Name

Case number (if known)_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................................→ | 4. | $ 0 | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $_____ |
| 5e. Insurance | 5e. | $ 0 | $_____ |
| 5f. Domestic support obligations | 5f. | $ 0 | $_____ |
| 5g. Union dues | 5g. | $ 0 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0 | + $_____ |

**6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.  $ 0   $_____

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 0   $_____

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ 0   $_____

8b. **Interest and dividends**  8b.  $ 0   $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent receive regularly**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ 0   $_____

8d. **Unemployment compensation**  8d.  $ 0   $_____

8e. **Social Security**  8e.  $ 0   $_____

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____  8f.  $ 0   $_____

8g. **Pension or retirement income**  8g.  $ 0   $_____

8h. **Other monthly income. Specify:** _____  8h.  + $ 0   + $_____

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $ 0   $_____

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 0  +  $_____  =  $_____

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____  11. + $ 0

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies  12.  $ 0
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: _Increase due to employment or unemployment after review._

**Fill in this information to identify your case:**

Debtor 1    Talisha        Bona        Finch
          First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and          ☑ Yes. Fill out this information for
   Debtor 2.                              each dependent..................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 8 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $____ |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $____ |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $____ |
| 4d.  Homeowner's association or condominium dues | 4d. | $____ |

Debtor 1    _Talisha  Bona  Finch_____    Case number *(if known)*_____
First Name    Middle Name    Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 0 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 300.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0 |
| 7. **Food and housekeeping supplies** | 7. | $ 0 |
| 8. **Childcare and children's education costs** | 8. | $ 0 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. **Personal care products and services** | 10. | $ 30.00 |
| 11. **Medical and dental expenses** | 11. | $ 200.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 100.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 80.00 |
| 15b. Health insurance | 15b. | $ 25.00 |
| 15c. Vehicle insurance | 15c. | $ 132.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 470.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0 |
| 17c. Other. Specify:_____ | 17c. | $ 0 |
| 17d. Other. Specify:_____ | 17d. | $ 0 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). | 18. | $ 0 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. Mortgages on other property | 20a. | $ 0 |
| 20b. Real estate taxes | 20b. | $ 0 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0 |

Debtor 1    _Talisha Bona Finch_
           First Name   Middle Name   Last Name

Case number *(if known)*_____

21. **Other**. Specify: _____    21.    +$ _____0_____

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.    22a.    $ _1,387_

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $ _0_

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $ _1,387_

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ _0_

   23b. Copy your monthly expenses from line 22c above.    23b.    –$ _1,387_

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income*.    23c.    $ _-1,387_

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.

   ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    _Taisha   Bona   Finch_
            First Name         Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name         Middle Name              Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known)    _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

x _____        x _____
Signature of Debtor 1                              Signature of Debtor 2

Date _09/21/2018_                                    Date _____
     MM / DD / YYYY                                        MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    _Talisha_    _Bona_    _Finch_
            First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(if known)    _____

☐ Check if this is an
  amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|---|
| | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _206 Valley View Cir_<br>Number  Street | | From _12/2015_<br>To _8/2017_ | Number  Street | From _____<br>To _____ |
| _Bloomington IL 61705_<br>City        State  ZIP Code | | | City        State  ZIP Code | |
| | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _7 Pepper Place_<br>Number  Street | | From _8/2015_<br>To _12/2015_ | Number  Street | From _____<br>To _____ |
| _Bloomington IL 61705_<br>City        State  ZIP Code | | | City        State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

Debtor 1   _Talisha Bona Finch_
First Name   Middle Name   Last Name

Case number *(if known)*_____

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 29,109.76 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For last calendar year:** (January 1 to December 31, 2017) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 27,560 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2016) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 35,000 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| **For last calendar year:** (January 1 to December 31, _____) YYYY | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| **For the calendar year before that:** (January 1 to December 31, _____) YYYY | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |

Debtor 1 _Naisha Bona Finch_          Case number (if known)_____
         First Name   Middle Name   Last Name

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Bridgecrest<br>Creditor's Name<br>7300 E Hampton<br>Number   Street<br>Ave #101<br>Mesa  Az   85209<br>City   State   ZIP Code | 9/15/2018<br>8/18/2018<br>7/31/2018 | $ 800.00 | $ 12,109.35 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number   Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number   Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

---

Debtor 1    _Talisha Bona Finch_
     First Name   Middle Name   Last Name

Case number (if known)_____

---

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 4

Debtor 1 _Taisha   Bona   Finch_
        First Name   Middle Name   Last Name

Case number (if known) _____

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _Citizens Equity First Credit Union Vs Taisha Finch_ <br> Case number _2018MR000344_ | Repossessed vehicle Previously refused to sign off on Sale of Vehicle. | _McLean County Courthouse_ <br> Court Name <br> _104 W. Front_ <br> Number  Street <br> _Bloomington IL 60701_ <br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _____ <br> _____ <br> Case number _____ | | Court Name _____ <br> Number  Street _____ <br> City  State  ZIP Code _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☑ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| _Citizens Equity First Credit Union._ <br> Creditor's Name <br> _3101 w Dirksen Parkway_ <br> Number  Street <br> _Peoria    IL 61607_ <br> City  State  ZIP Code | _2007 Nissan Altima_ <br><br> **Explain what happened** <br> ☑ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _11/08/2018_ <br> _11-8-2017_ | _$ 4,236_ |
| _____ <br> Creditor's Name <br> _____ <br> Number  Street <br> _____ <br> City  State  ZIP Code | <br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $_____ |

Debtor 1  _Talisha  Bona  Finch_

First Name  Middle Name  Last Name

Case number (if known) _____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number    Street | | _____ | $_____ |
| _____ | | | |
| _____ City    State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State   ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107               Statement of Financial Affairs for Individuals Filing for Bankruptcy               page 6

Debtor 1    _Talisha Bong Finch_
    First Name    Middle Name    Last Name                  Case number *(if known)*_____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | $_____ |
| Charity's Name | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

---

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| IPhone 7 due to vehicle break-In | N/A | 6-13-18 | $449.00 |

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| City    State    ZIP Code | | _____ | $_____ |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1 _____    Case number (if known)_____
First Name        Middle Name        Last Name

| | Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|

_____

Person Who Was Paid

_____                                                          _____    $_____
Number    Street

_____                                                          _____    $_____

_____
City                State    ZIP Code

_____
Email or website address

_____
Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|

_____

Person Who Was Paid

_____
Number    Street                                                                         _____    $_____

_____

_____                                                          _____    $_____
City                State    ZIP Code

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

_____

Person Who Received Transfer

_____
Number    Street                                                                                                  _____

_____

_____
City                State    ZIP Code

Person's relationship to you _____

_____

Person Who Received Transfer

_____
Number    Street                                                                                                  _____

_____

_____
City                State    ZIP Code

Person's relationship to you _____

Debtor 1 _____    Case number *(if known)*_____
         First Name    Middle Name    Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | .................................................... | _____ |
| | .................................................... | |
| | .................................................... | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| City        State   ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |
| Number   Street _____ | | | | |
| City        State   ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No<br>☐ Yes |
| Number   Street _____ | Number   Street _____ | | |
| City        State   ZIP Code | City        State   ZIP Code | | |

Debtor 1 _____    Case number (if known)_____
First Name    Middle Name    Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number   Street | Number   Street | | |
| City        State    ZIP Code | City State  ZIP Code | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

Debtor 1 _____    Case number (if known)_____
 First Name        Middle Name        Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit |  | _____ |
| Number   Street | Number   Street |  |  |
| City          State      ZIP Code | City          State   ZIP Code |  |  |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No

☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name |  | ☐ Pending |
|  | Number   Street |  | ☐ On appeal |
| Case number | City          State   ZIP Code |  | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

|  | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name |  | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City          State      ZIP Code |  | From _____ To _____ |
|  | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Business Name |  | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City          State      ZIP Code |  | From _____ To _____ |

Debtor 1 _____   Case number *(if known)*_____
         First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **Business Name** _____ | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __ |
| **Number   Street** _____<br>_____ | Name of accountant or bookkeeper | **Dates business existed** |
| **City           State   ZIP Code** | | From _____  To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes. Fill in the details below.

Date issued

Name _____        _____
                                 MM / DD / YYYY

Number   Street _____

_____

City           State   ZIP Code

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____        ✗ _____
Signature of Debtor 1                       Signature of Debtor 2

Date  9/21/18                               Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    _Talisha_    _Bana_    _Fish_
            First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an
   amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bridgecrest**<br>Description of property securing debt: **Car** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: **Citizens Equity First Credit Union**<br>Description of property securing debt: **Car** | ☐ Surrender the property.<br>☑ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1 _____ _____ _____                    Case number (if known)_____
         First Name   Middle Name   Last Name

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                    Will the lease be assumed?

Lessor's name: Bridge Crest                                           ☐ No
                                                                      ☑ Yes
Description of leased
property:        Car

Lessor's name: Citizens Equity First Credit Union                     ☑ No
                                                                      ☐ Yes
Description of leased
property:        Car

Lessor's name: T mobile                                               ☐ No
                                                                      ☑ Yes
Description of leased
property:        Cell phone + watch

Lessor's name:                                                        ☐ No
                                                                      ☐ Yes
Description of leased
property:

Lessor's name:                                                        ☐ No
                                                                      ☐ Yes
Description of leased
property:

Lessor's name:                                                        ☐ No
                                                                      ☐ Yes
Description of leased
property:

Lessor's name:                                                        ☐ No
                                                                      ☐ Yes
Description of leased
property:

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _Tabitha Cox_____          ✗ _____
  Signature of Debtor 1                      Signature of Debtor 2

Date 09 / 21 / 2018                       Date _____
     MM / DD / YYYY                            MM / DD / YYYY

# Earnings Statement





*FMS INVESTMENT CORP*
*1701 W GOLF RD STE 2-150*
*ROLLING MEADOWS, IL,60008*
*COMPANY PH:# 800 605 9817*

| | |
|---|---|
| Period Beginning: | 08/26/2018 |
| Period Ending: | 09/08/2018 |
| Pay Date: | 09/14/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
IL: 1

**TALISHA FINCH**
**14309 WALLACE ST**
**HARVEY IL 60426**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.6700 | 54.43 | 852.92 | 20,541.79 |
| Bereavement | 15.6700 | 8.00 | 125.36 | 125.36 |
| Ed Frng Dif | | | 6.27* | 164.46 |
| Holiday | 15.6700 | 8.00 | 125.36 | 626.80 |
| Pto | 15.6700 | 4.00 | 62.68 | 1,441.64 |
| Overtime | | | | 19.74 |
| Bonus | | | | 5,671.00 |
| Bonus Awards | | | | 200.00 |
| Martin Luther K | | | | 125.36 |
| President's Day | | | | 125.36 |
| Retro Bonus | | | | 68.25 |
| **Gross Pay** | | | **$1,172.59** | 29,109.76 |

| | | |
|---|---|---|
| **Net Check** | | **$225.08** |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,148.39

**Other Benefits and**

| Information | this period | total to date |
|---|---|---|
| Frngh | 315.33 | 5,945.94 |
| 401K Match | 23.32 | 262.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.26 | 1,831.43 |
| | Social Security Tax | -72.31 | 1,794.61 |
| | Medicare Tax | -16.91 | 419.71 |
| | IL State Income Tax | -53.04 | 1,208.14 |
| | **Other** | | |
| | Ee Vol. Life | -6.14 | 116.06 |
| | 401K $ | -11.66* | 143.26 |
| | 401K Fringe | -6.27* | 164.46 |
| | 401K Roth Flat | -11.66 | 118.98 |
| | Ionpay | | 126.00 |
| | Jeans Only | | 80.00 |
| | **Net Pay** | | **$900.34** |
| | Checking 2 | -675.26 | |

**Deposits**

| | |
|---|---|
| Account No. | xxxxxxxxxx1122 |
| Transit/ABA | xxxx xxxx |
| Pending | |
| | |
| Account No. | xxxxx7862 |
| Transit/ABA | xxxx xxxx |
| Amount | $675.26 |

**Important Notes**

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

© 2000 ADP, LLC

---

2-173/710

FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS, IL,60008
COMPANY PH:# 800 605 9817

| | |
|---|---|
| Payroll check number: | 0000125813 |
| Pay date: | 09/14/2018 |

Pay to the
order of: **TALISHA FINCH**

This amount: **TWO HUNDRED TWENTY FIVE AND 08/100 DOLLARS**

$225.08

**THIS IS NOT A CHECK**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

MB FINANCIAL BANK



Earnings Statement



FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS,  IL,60008
COMPANY  PH:# 800 605 9817

| | | |
|---|---|---|
| Period Beginning: | 08/12/2018 |
| Period Ending: | 08/25/2018 |
| Pay Date: | 08/31/2018 |

Taxable  Marital  Status:    Single
Exemptions/Allowances:
   Federal:  1
   IL:  1

**TALISHA  FINCH**
**14309  WALLACE  ST**
**HARVEY  IL  60426**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.6700 | 75.48 | 1,182.77 | 19,688.87 |
| Overtime | 23.3050 | .30 | 7.05 | 19.74 |
| Ed Frng Dif | | | 6.27* | 158.19 |
| Pto | 15.6700 | 4.00 | 62.68 | 1,378.96 |
| Bonus | | | | 5,671.00 |
| Bonus Awards | | | | 200.00 |
| Holiday | | | | 501.44 |
| Martin Luther K | | | | 125.36 |
| President's Day | | | | 125.36 |
| Retro Bonus | | | | 68.25 |
| **Gross Pay** | | | **$1,258.77** | 27,937.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -104.49 | 1,737.17 |
| | Social Security Tax | -77.66 | 1,722.30 |
| | Medicare Tax | -18.17 | 402.80 |
| | IL State Income Tax | -57.26 | 1,155.10 |
| | **Other** | | |
| | Ee Vol. Life | -6.14 | 109.92 |
| | 401K $ | -12.53* | 131.60 |
| | 401K Fringe | -6.27* | 158.19 |
| | 401K Roth Flat | -12.53 | 107.32 |
| | Ionpay | | 126.00 |
| | Jeans Only | | 80.00 |
| | **Net Pay** | **$963.72** | |
| | Checking 2 | -963.72 | |

| Net Check | $0.00 |
|---|---|

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,233.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Frngh | 315.33 | 5,630.61 |
| 401K Match | 25.06 | 238.92 |

© 2000 ADP  LLC

---



FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS, IL,60008
COMPANY PH:# 800 605 9817

| Advice number: | 00000350194 |
|---|---|
| Pay date: | 08/31/2018 |

Deposited to the account of
TALISHA  FINCH

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx7862 | xxxx  xxxx | $963.72 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**





**Earnings Statement**

FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS, IL,60008
COMPANY PH:# 800 605 9817

Period Beginning:     08/24/2018
Period Ending:        08/27/2018
Pay Date:             08/27/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:    1
    IL:         1

TALISHA  FINCH
14309  WALLACE  ST
HARVEY IL  60426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 315.00 | 5,671.00 |
| Bonus Awards | | | 100.00 | 200.00 |
| Regular | | | | 18,506.10 |
| Overtime | | | | 12.69 |
| Ed Frng Dif | | | | 151.92 |
| Holiday | | | | 501.44 |
| Martin Luther K | | | | 125.36 |
| President's Day | | | | 125.36 |
| Pto | | | | 1,316.28 |
| Retro Bonus | | | | 68.25 |
| **Gross Pay** | | | **$415.00** | 26,678.40 |

| Net Check | $0.00 |
|---|---|

Your federal taxable wages this period are $415.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Frngh | | 5,315.28 |
| 401K Match | | 213.86 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.31 | 1,632.68 |
| | Social Security Tax | -25.73 | 1,644.64 |
| | Medicare Tax | -6.01 | 384.63 |
| | IL State Income Tax | -16.73 | 1,097.84 |
| | **Other** | | |
| | Ee Vol. Life | | 103.78 |
| | Ionpay | | 126.00 |
| | Jeans Only | | 80.00 |
| | 401K $ | | 119.07 |
| | 401K Fringe | | 151.92 |
| | 401K Roth Flat | | 94.79 |
| | **Net Pay** | | **$355.22** |
| | Checking 2 | | -355.22 |

**Important Notes**

EFFECTIVE THIS PAY PERIOD YOUR STATE
EXEMPTIONS/ALLOWANCES   HAVE BEEN CHANGED  FROM 4
TO 1.

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS
HAVE BEEN CHANGED  FROM 4 TO 1.

© 2000  ADP  LLC



FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS, IL,60008
COMPANY PH:# 800 605 9817

Advice number:        00000340133
Pay date:             08/27/2018

Deposited to the account of
TALISHA  FINCH

| | account number | transit  ABA | amount |
|---|---|---|---|
| | xxxxx7862 | xxxx  xxxx | $355.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



CO    FILE   DEPT    CLOCK   VCHR NO. 000
XP3   241960  210010   2      0000330196

## Earnings Statement



FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS,  IL,60008
COMPANY  PH:# 800 605 9817

| | |
|---|---|
| Period Beginning: | 07/29/2018 |
| Period Ending: | 08/11/2018 |
| Pay Date: | 08/17/2018 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:    4
IL:         4

**TALISHA  FINCH**
**14309  WALLACE  ST**
**HARVEY IL  60426**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.6700 | 60.10 | 941.77 | 18,506.10 |
| Ed Frng Dif | | | 6.27* | 151.92 |
| Pto | 15.6700 | 5.00 | 78.35 | 1,316.28 |
| Overtime | | | | 12.69 |
| Bonus | | | | 5,356.00 |
| Bonus Awards | | | | 100.00 |
| Holiday | | | | 501.44 |
| Martin Luther K | | | | 125.36 |
| President's Day | | | | 125.36 |
| Retro Bonus | | | | 68.25 |
| **Gross Pay** | | | **$1,026.39** | 26,263.40 |

| Net Check | $0.00 |
|---|---|

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,003.65

**Other Benefits and**
**Information**

| | this period | total to date |
|---|---|---|
| Frngh | 315.33 | 5,315.28 |
| 401K Match | 20.40 | 213.86 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -22.30 | 1,621.37 |
| | Social Security Tax | -63.25 | 1,618.91 |
| | Medicare Tax | -14.80 | 378.62 |
| | IL State Income Tax | -34.45 | 1,081.11 |
| | **Other** | | |
| | Ee Vol. Life | -6.14 | 103.78 |
| | Jeans Only | -10.00 | 80.00 |
| | 401K $ | -10.20* | 119.07 |
| | 401K Fringe | -6.27* | 151.92 |
| | 401K Roth Flat | -10.20 | 94.79 |
| | Ionpay | | 126.00 |
| | **Net Pay** | **$848.78** | |
| | Checking 2 | -848.78 | |

© XXX  A DP  LLC

---



FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS, IL,60008
COMPANY PH:# 800 605 9817

| Advice number: | 00000330196 |
|---|---|
| Pay date: | 08/17/2018 |

Deposited to the account of
TALISHA  FINCH

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7862 | xxxx  xxxx | $848.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**





## Earnings Statement

FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS, IL,60008
COMPANY PH:# 800 605 9817

| Period Beginning: | 07/15/2018 |
|---|---|
| Period Ending: | 07/28/2018 |
| Pay Date: | 08/03/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 4
IL: 4

TALISHA FINCH
14309 WALLACE ST
HARVEY IL 60426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.6700 | 73.22 | 1,147.36 | 17,564.33 |
| Ed Frng Dif | | | 6.27* | 145.65 |
| Pto | 15.6700 | 5.00 | 78.35 | 1,237.93 |
| Retro Bonus | | | 68.25 | 68.25 |
| Overtime | | | | 12.69 |
| Bonus | | | | 5,356.00 |
| Bonus Awards | | | | 100.00 |
| Holiday | | | | 501.44 |
| Martin Luther K | | | | 125.36 |
| President's Day | | | | 125.36 |
| **Gross Pay** | | | **$1,300.23** | 25,237.01 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,275.43

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Frngh | 315.33 | 4,999.95 |
| 401K Match | 24.52 | 193.46 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -52.04 | 1,599.07 |
| | Social Security Tax | -80.22 | 1,555.66 |
| | Medicare Tax | -18.76 | 363.82 |
| | IL State Income Tax | -47.90 | 1,046.66 |
| | **Other** | | |
| | Ee Vol. Life | -6.14 | 97.64 |
| | 401K $ | -12.26* | 108.87 |
| | 401K Fringe | -6.27* | 145.65 |
| | 401K Roth Flat | -12.26 | 84.59 |
| | Ionpay | | 126.00 |
| | Jeans Only | | 70.00 |
| **Net Pay** | | **$1,064.38** | |
| Checking 2 | | -1,064.38 | |

© 2000 ADP, LLC



FMS INVESTMENT CORP
1701 W GOLF RD STE 2-150
ROLLING MEADOWS, IL,60008
COMPANY PH:# 800 605 9817

| Advice number: | 00000310192 |
|---|---|
| Pay date: | 08/03/2018 |

Deposited to the account of
TALISHA FINCH

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx7862 | xxxx xxxx | $1,064.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# CEANNATE

——— TO SUCCEED ———

September 17, 2018

Talisha Finch
14309 Wallace St
Harvey, Illinois 60426

Dear Talisha,

This letter is to acknowledge that your employment is being terminated effective today, September 17, 2018 due to violations of the Company's Attendance Policy.

You will receive a final paycheck on September 28, 2018. It will contain any accrued but unused PTO hours and will be direct deposited.

Your health benefits will end effective as of midnight. You will receive COBRA information in the mail which will include instructions on how to continue your employee health insurance.

You may access your 401K funds by going to the website www.principal.com and using contract number 803426. Please note that it will take up to one pay cycle to update your information with Principal.

For future reference, Ceannate Corp has a neutral reference policy. This means that we will only provide the dates you worked for us, your last job title and your final wage amount to any future inquiries regarding your position with us.

If you have any questions please contact me Monday through Friday from 9:00 am to 5:00 pm at 888-853-8148 ext. 4311.

Regards,

Jo Ann Lazar
Human Resources Generalist

CC: Employee file

< Back to Summary

Download PDF   Print   View by Statement Date: 08/29/2018 ▾

## DIRECTV

### BILLING STATEMENT

**Account #:** 11689154
**Statement for:** TALISHA FINCH
14309 WALLACE ST
HARVEY, IL 60426-1261

**Statement Date:** 08/29/18
**Billing Period:** 08/28/18 to 09/27/18

### WHAT DO I OWE AND WHEN?

TOTAL DUE:

**$90.97**

PLEASE PAY BY:

**2018 September 25**

### WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---|
| Previous Balance | $90.97 |
| Payments Received Since Last Bill | -90.97 |
| New Charges: | |
| DIRECTV Channels | 67.98 |
| DIRECTV Equipment Services | 22.99 |
| Total New Charges | 90.97 |
| **TOTAL AMOUNT DUE** | **$90.97** |

### WHAT CHANGED SINCE LAST MONTH?

There were no changes to your account this month.

### WHAT DO I NEED TO KNOW?

• Watch more *US Open* tennis with the DIRECTV Mix Experience 8/27 - 9/2. 6 matches on 1 screen! Ch. 701-707.

• Stephen King's *Mr. Mercedes* is back for season two! Tuesday, August 22 at 10pm et/pt on AUDIENCE ch.239

• Moving? Call 855.333.0028 for programming and equipment offers with the DIRECTV Movers Deal™

• Call 800.909.9386 to learn about our AT&T bundles that could save you money every month.

BILLING INFO   It's easy to pay online   By mobile, text PAY to 21880
*Text msg rates may apply   View all Statements

## DIRECTV

| ACCOUNT NUMBER: | PAYMENT DUE: | PLEASE PAY: | PAYMENT AMOUNT: |
|---|---|---|---|
| 11689154 | 09/25/18 | $90.97 | |

TALISHA FINCH
14309 WALLACE ST
HARVEY, IL 60426-1261

To sign up for Auto Bill Pay, please log in to directv.com/autobillpay.

Please do not mail.

**Account #:** 11689154
**Statement for:** TALISHA FINCH
**ACCOUNT ACTIVITY**
Billing Period: 08/28/18 to 09/27/18
Payments

| | | |
|---|---|---|
| Previous Balance | | $90.97 |
| Payment received on 08/04/18 - VISA | | -90.97 |
| | **BALANCE** | **0.00** |

# Talisha's Account Activity

(sms:+14043480895)

## Account # 177000712501, 2016 NISSAN ALTIMA 4C

| Transaction Date | Date | Description | Amount | Status |
|---|---|---|---|---|
| 9/15/2018 | 9/15/2018 | Normal Payment | $160.00 | ✔ |
| 8/18/2018 | 8/18/2018 | Normal Payment | $240.00 | ✔ |
| 7/31/2018 | 7/31/2018 | Normal Payment | $400.00 | ✔ |
| 7/21/2018 | 7/21/2018 | Normal Payment | $250.00 | ✔ |
| 7/7/2018 | 7/7/2018 | Normal Payment | $250.00 | ✔ |
| 6/21/2018 | 6/21/2018 | Normal Payment | $250.00 | ✔ |
| 6/9/2018 | 6/9/2018 | Normal Payment | $70.00 | ✔ |
| 6/9/2018 | 6/9/2018 | Normal Payment | $151.25 | ✔ |
| 5/25/2018 | 5/25/2018 | Normal Payment | $100.00 | ✔ |
| 5/25/2018 | 5/25/2018 | Normal Payment | $121.25 | ✔ |
| 4/26/2018 | 4/26/2018 | Normal Payment | $221.25 | ✔ |
| 4/26/2018 | 4/26/2018 | Normal Payment | $221.25 | ✔ |
| 4/10/2018 | 4/12/2018 | Principal Only Payment | $3,555.00 | ✔ |
| 4/10/2018 | 4/12/2018 | Principal Only Payment | $695.00 | ✔ |
| 4/4/2018 | 4/4/2018 | Normal Payment | $221.25 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $200.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $1,100.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $1,000.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment Reversal | $-200.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $200.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment Reversal | $-1,100.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $1,100.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment Reversal | $-1,000.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $1,000.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment Reversal | $-200.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $200.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment Reversal | $-1,100.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $1,100.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment Reversal | $-1,000.00 | ✔ |
| 3/24/2018 | 3/24/2018 | Down Payment | $1,000.00 | ✔ |

My T-Mobile | Bill & Pay

ESPAÑOL

MESSAGE US    CALL ME  |    ACCOUNT HISTORY  |    PROFILE  |    LOG OUT

BILLING    USAGE    PLAN    PHONE    SHOP          SEARCH



SEPTEMBER TOTAL

$**203**.84

Due Oct 09, 2018

**AutoPay scheduled for Oct 07, 2018**

****8879

**Make a payment**

Hi Talisha,
**Here is your statement for September.**

Good news! You have unlimited talk, text, and data and you are on AutoPay. So, we really don't have anything to say, except thanks for being an awesome T-Mobile customer.

May        Jun        Jul        Aug
$187.77    $267.84    $253.34    $253.84

View Historical Bills

# Nothing changed this month

## Show me more details below

| View by category | View by line |
|---|---|
| **Balance** | $0.00 › |
| **Plans** | $130.00 › |
| **Equipment** | $51.84 › |
| **Services** | $22.00 › |